No. 78–5937.   YBARRA *v.* ILLINOIS.   App. Ct. Ill., 2d Dist. [Probable jurisdiction noted, 440 U. S. 970.]   Motion of Ralph Ruebner, Esquire, to permit Alan D. Goldberg, Esquire, to present oral argument *pro hac vice* granted.

No. 78–6020.   BUSIC *v.* UNITED STATES; and

No. 78–6029.   LaROCCA *v.* UNITED STATES.   C. A. 3d Cir. [Certiorari granted, 442 U. S. 916.]   Motions for appointment of counsel granted, and it is ordered that Samuel J. Reich, Esquire, of Pittsburgh, Pa., be appointed to serve as counsel for petitioner in No. 78–6020, and that Michael A. Litman, Esquire, of Pittsburgh, Pa., be appointed to serve as counsel for petitioner in No. 78–6029.

No. 78–6933.   SIMON *v.* COURT OF CRIMINAL APPEALS OF TEXAS ET AL.   Motion for leave to file petition for writ of certiorari denied.

No. 78–6657.   SAYLES *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT ET AL.   Motion for leave to file petition for writ of certiorari and/or mandamus denied.

No. 78–1921.   LECHT *v.* LECHT ET AL.;

No. 78–6780.   NELSON *v.* ANDERSON, WARDEN;

No. 78–6813.   FULLER *v.* ALABAMA BOARD OF CORRECTIONS ET AL.;

No. 79–166.   ERNEST *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT;

No. 79–188.   ERNEST *v.* SIRICA, U. S. DISTRICT JUDGE, ET AL.;

No. 79–5036.   MAGEE *v.* MORRIS, WARDEN;

No. 79–5159.   McINTYRE *v.* WARDEN, KILBY CORRECTION FACILITY; and

No. 79–5200.   McCRARY *v.* SMITH, CORRECTIONAL SUPERINTENDENT, ET AL.   Motions for leave to file petitions for writs of habeas corpus denied.